STATE *ex rel.* J. TOM WATSON, Attorney General, Plaintiff, v. J. J. CLEMENTS, Defendant.

1 So. (2nd) 186
En Banc
Opinion Filed March 19, 1941
Rehearing Denied March 31, 1941

*J. Tom Watson,* Attorney General, *Marion B. Knight* and *B. L. Solomon,* for Plaintiff.

*E. S. Blake, H. M. Taylor* and *W. M. Berson,* for Defendant.

PER CURIAM.—An information was filed in quo warranto to test the right of the defendant to exercise and perform

the powers and prerogatives of chairman of the board of county commissioners in and for Calhoun County.

The writ prayed for is denied under the authority of Brewer v. Kellum, 58 Fla. 196, 50 So. 581.

BROWN, C. J., TERRELL, BUFORD, CHAPMAN, THOMAS and ADAMS, J. J., concur.